# United States Bankruptcy Court
## District of Arizona

In re: Christina Louise Gutierrez
Debtor(s)

Case No.
Chapter 7

## Declaration of Evidence of Employers' Payments Within 60 Days

[✓] Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

[ ] Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

[ ] Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, __Christina Louise Gutierrez__, declares the foregoing to be true and correct under penalty of perjury.

Date 09/29/2022     Signature /s/ Christina Louise Gutierrez
                              Christina Louise Gutierrez
                              Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.



| | | | | | |
|---|---|---|---|---|---|
| The University of Arizona<br>Financial Services Office/Payroll<br>888 N Euclid, Ste 402<br>Tucson, AZ 85721 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | USE-University Staff Exception<br>09/05/2022<br>09/18/2022   ** Advice ** | Business Unit:<br>Wrnt./Adv.:<br>Check Date: | UAZ00<br>000000007100805<br>09/23/2022 | |

| | | | | | |
|---|---|---|---|---|---|
| Christina Louise Gutierrez<br>10359 S Keegan Ave<br>Vail, AZ 85641 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | [redacted]<br>6801-Senior VP Health Sciences<br>Main Campus<br>Contract Analyst<br>$2,490.42 Biweekly | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Amt:<br>AZ Wthold %.:<br>FICA %: | Federal<br>Single<br>N/A<br><br><br>7.65 | AZ State<br>N/A<br>N/A<br><br>2.70 |

### HOURS AND EARNINGS

| | Current | | YTD | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD | |
| Regular | 72.00 | 2,241.38 | 1,278.00 | 39,205.91 | Fed Withholdng | 203.45 | 3,422.43 | |
| Holiday | 8.00 | 249.04 | 24.00 | 747.12 | Fed MED/EE | 34.27 | 576.80 | |
| University Release | | 0.00 | 4.00 | 120.69 | Fed OASDI/EE | 146.53 | 2,466.33 | |
| Sick Taken | | 0.00 | 33.83 | 1,028.40 | AZ Withholdng | 59.11 | 999.77 | |
| Vacation Taken | | 0.00 | 20.17 | 621.98 | | | | |
| TOTAL: | 80.00 | 2,490.42 | 1,360.00 | 41,724.10 | TOTAL: | 443.36 | 7,465.33 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Fidelity ORP Non-Vested | 174.33 | 2,751.76 |
| Medical Insurance | 28.36 | 425.40 |
| Dental Insurance | 15.49 | 232.35 |
| Vision Insurance | 1.86 | 27.90 |
| Suppl Life - State | 6.94 | 104.10 |
| Suppl Life - UA | 13.65 | 201.81 |
| FSA - Health | 82.07 | 1,007.55 |
| Parking Permit | 0.00 | 263.00 |
| TOTAL: | 322.70 | 5,013.87 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Short-Term Disability - Unum | 20.86 | 308.42 |
| TOTAL: | 20.86 | 308.42 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Fidelity ORP Non-Vested | 174.33 | 2,751.76 |
| ER Retiree Sick Leave Program | 9.96 | 166.92 |
| Workers' Compensation 1.0 Time | 9.71 | 162.67 |
| Liability Insurance | 8.72 | 143.41 |
| Medical Insurance | 381.29 | 4,837.25 |
| Long-Term Disability - State | 4.88 | 77.03 |
| Dental Insurance | 2.48 | 37.20 |
| Basic Life Insurance - State | 0.30 | 4.80 |
| Suppl Life - State* | 6.75 | 101.25 |
| Suppl Life - UA* | 14.63 | 216.30 |
| FSA Employer Fee | 1.48 | 22.20 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,490.42 | 2,189.10 | 443.36 | 343.56 | 1,703.50 |
| YTD | 41,724.10 | 37,027.78 | 7,465.33 | 5,322.29 | 28,936.48 |

| YEAR-TO-DATE | VACATION | SICK | COMP |
|---|---|---|---|
| Start Balance | 0.00 | 0.00 | 0.00 |
| + Earned | 115.09 | 62.73 | 0.00 |
| - Taken | 20.17 | 33.83 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 |
| End Balance | 94.92 | 28.90 | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000007100805 | Checking | xxxxxxxx6723 | 1,703.50 |
| TOTAL: | | | 1,703.50 |

MESSAGE:



**The University of Arizona**
Financial Services Office/Payroll
888 N Euclid, Ste 402
Tucson, AZ 85721

| Pay Group: | USE-University Staff Exception |
|---|---|
| Pay Begin Date: | 08/22/2022 |
| Pay End Date: | 09/04/2022 ** Advice ** |

| Business Unit: | UAZ00 |
|---|---|
| Wrnt./Adv.: | 000000007080554 |
| Check Date: | 09/09/2022 |

Christina Louise Gutierrez
10359 S Keegan Ave
Vail, AZ 85641

| Employee ID: | [redacted] |
|---|---|
| Department: | 6801-Senior VP Health Sciences |
| Location: | Main Campus |
| Job Title: | Contract Analyst |
| Pay Rate: | $2,490.42 Biweekly |

| TAX DATA: | Federal | AZ State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Amt: | | |
| AZ Wthold %.: | | 2.70 |
| FICA %: | 7.65 | |

### HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Regular | 80.00 | 2,490.42 | 1,206.00 | 36,964.53 |
| Holiday | | 0.00 | 16.00 | 498.08 |
| University Release | | 0.00 | 4.00 | 120.69 |
| Sick Taken | | 0.00 | 33.83 | 1,028.40 |
| Vacation Taken | | 0.00 | 20.17 | 621.98 |
| **TOTAL:** | **80.00** | **2,490.42** | **1,280.00** | **39,233.68** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 203.45 | 3,218.98 |
| Fed MED/EE | 34.27 | 542.53 |
| Fed OASDI/EE | 146.53 | 2,319.80 |
| AZ Withholdng | 59.11 | 940.66 |
| **TOTAL:** | **443.36** | **7,021.97** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Fidelity ORP Non-Vested | 174.33 | 2,577.43 |
| Medical Insurance | 28.36 | 397.04 |
| Dental Insurance | 15.49 | 216.86 |
| Vision Insurance | 1.86 | 26.04 |
| Suppl Life - State | 6.94 | 97.16 |
| Suppl Life - UA | 13.65 | 188.16 |
| FSA - Health | 82.08 | 925.48 |
| Parking Permit | 0.00 | 263.00 |
| **TOTAL:** | **322.71** | **4,691.17** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Short-Term Disability - Unum | 20.86 | 287.56 |
| **TOTAL:** | **20.86** | **287.56** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Fidelity ORP Non-Vested | 174.33 | 2,577.43 |
| Liability Insurance | 8.72 | 134.69 |
| ER Retiree Sick Leave Program | 9.96 | 156.96 |
| Workers' Compensation 1.0 Time | 9.71 | 152.60 |
| Medical Insurance | 381.29 | 4,455.96 |
| Long-Term Disability - State | 4.88 | 72.15 |
| Dental Insurance | 2.48 | 34.72 |
| Basic Life Insurance - State | 0.30 | 4.50 |
| Suppl Life - State* | 6.75 | 94.50 |
| Suppl Life - UA* | 14.63 | 201.67 |
| FSA Employer Fee | 1.48 | 20.72 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,490.42 | 2,189.09 | 443.36 | 343.57 | 1,703.49 |
| YTD | 39,233.68 | 34,838.68 | 7,021.97 | 4,978.73 | 27,232.98 |

| YEAR-TO-DATE | VACATION | SICK | COMP |
|---|---|---|---|
| Start Balance | 0.00 | 0.00 | 0.00 |
| + Earned | 108.32 | 59.04 | 0.00 |
| - Taken | 20.17 | 33.83 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 |
| **End Balance** | **88.15** | **25.21** | **0.00** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000007080554 | Checking | xxxxxxxx6723 | 1,703.49 |
| **TOTAL:** | | | **1,703.49** |

MESSAGE:



**The University of Arizona**
Financial Services Office/Payroll
888 N Euclid, Ste 402
Tucson, AZ 85721

| Pay Group: | USE-University Staff Exception | Business Unit: | UAZ00 |
|---|---|---|---|
| Pay Begin Date: | 08/08/2022 | Wrnt./Adv.: | 000000007060954 |
| Pay End Date: | 08/21/2022  ** Advice ** | Check Date: | 08/26/2022 |

Christina Louise Gutierrez
10359 S Keegan Ave
Vail, AZ 85641

| Employee ID: | ██████ | | |
|---|---|---|---|
| Department: | 6801-Senior VP Health Sciences | | |
| Location: | Main Campus | | |
| Job Title: | Contract Analyst | | |
| Pay Rate: | $2,490.42 Biweekly | | |

| TAX DATA | Federal | AZ State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Amt: | | |
| AZ Wthold %.: | | 2.70 |
| FICA %: | 7.65 | |

### HOURS AND EARNINGS

| | Current | | YTD | |
|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings |
| Regular | 64.00 | 1,992.34 | 1,126.00 | 34,474.11 |
| Sick Taken | 8.00 | 249.04 | 33.83 | 1,028.40 |
| Vacation Taken | 8.00 | 249.04 | 20.17 | 621.98 |
| Holiday | | 0.00 | 16.00 | 498.08 |
| University Release | | 0.00 | 4.00 | 120.69 |
| **TOTAL:** | **80.00** | **2,490.42** | **1,200.00** | **36,743.26** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 203.45 | 3,015.53 |
| Fed MED/EE | 34.27 | 508.26 |
| Fed OASDI/EE | 146.54 | 2,173.27 |
| AZ Withholdng | 59.11 | 881.55 |
| **TOTAL:** | **443.37** | **6,578.61** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Fidelity ORP Non-Vested | 174.33 | 2,403.10 |
| Medical Insurance | 28.36 | 368.68 |
| Dental Insurance | 15.49 | 201.37 |
| Vision Insurance | 1.86 | 24.18 |
| Suppl Life - State | 6.94 | 90.22 |
| Suppl Life - UA | 13.65 | 174.51 |
| FSA - Health | 82.07 | 843.40 |
| Parking Permit | 0.00 | 263.00 |
| **TOTAL:** | **322.70** | **4,368.46** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Short-Term Disability - Unum | 20.86 | 266.70 |
| **TOTAL:** | **20.86** | **266.70** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Fidelity ORP Non-Vested | 174.33 | 2,403.10 |
| Liability Insurance | 8.72 | 125.97 |
| ER Retiree Sick Leave Program | 9.96 | 147.00 |
| Workers' Compensation 1.0 Time | 9.71 | 143.25 |
| Medical Insurance | 381.29 | 4,074.67 |
| Long-Term Disability - State | 4.88 | 67.27 |
| Dental Insurance | 2.48 | 32.24 |
| Basic Life Insurance - State | 0.30 | 4.20 |
| Suppl Life - State* | 6.75 | 87.75 |
| Suppl Life - UA* | 14.63 | 187.04 |
| FSA Employer Fee | 1.48 | 19.24 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,490.42 | 2,189.10 | 443.37 | 343.56 | 1,703.49 |
| YTD | 36,743.26 | 32,649.59 | 6,578.61 | 4,635.16 | 25,529.49 |

| YEAR-TO-DATE | VACATION | SICK | COMP |
|---|---|---|---|
| Start Balance | 0.00 | 0.00 | 0.00 |
| + Earned | 101.55 | 55.35 | 0.00 |
| - Taken | 20.17 | 33.83 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 |
| End Balance | 81.38 | 21.52 | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000007060954 | Checking | xxxxxxxx6723 | 1,703.49 |
| **TOTAL:** | | | **1,703.49** |

MESSAGE:



| The University of Arizona<br>Financial Services Office/Payroll<br>888 N Euclid, Ste 402<br>Tucson, AZ 85721 | Pay Group: USE-University Staff Exception<br>Pay Begin Date: 07/25/2022<br>Pay End Date: 08/07/2022  ** Advice ** | Business Unit: UAZ00<br>Wrnt./Adv.: 000000007042550<br>Check Date: 08/12/2022 |
|---|---|---|

| Christina Louise Gutierrez<br>10359 S Keegan Ave<br>Vail, AZ 85641 | Employee ID: [redacted]<br>Department: 6801-Senior VP Health Sciences<br>Location: Main Campus<br>Job Title: Contract Analyst<br>Pay Rate: $2,490.42 Biweekly | TAX DATA: | Federal | AZ State |
|---|---|---|---|---|
| | | Marital Status: | Single | N/A |
| | | Allowances: | N/A | N/A |
| | | Addl. Amt: | | |
| | | AZ Wthold %: | | 2.70 |
| | | FICA %: | 7.65 | |

### HOURS AND EARNINGS

| | Current | | YTD | | | TAXES | |
|---|---|---|---|---|---|---|---|
| **Description** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | 80.00 | 2,490.42 | 1,062.00 | 32,481.77 | Fed Withholdng | 203.45 | 2,812.08 |
| Holiday | | 0.00 | 16.00 | 498.08 | Fed MED/EE | 34.27 | 473.99 |
| University Release | | 0.00 | 4.00 | 120.69 | Fed OASDI/EE | 146.53 | 2,026.73 |
| Sick Taken | | 0.00 | 25.83 | 779.36 | AZ Withholdng | 59.11 | 822.44 |
| Vacation Taken | | 0.00 | 12.17 | 372.94 | | | |
| **TOTAL:** | 80.00 | 2,490.42 | 1,120.00 | 34,252.84 | **TOTAL:** | 443.36 | 6,135.24 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Fidelity ORP Non-Vested | 174.33 | 2,228.77 | Short-Term Disability - Unum | 20.86 | 245.84 | Fidelity ORP Non-Vested | 174.33 | 2,228.77 |
| Medical Insurance | 28.36 | 340.32 | | | | ER Retiree Sick Leave Program | 9.96 | 137.04 |
| Dental Insurance | 15.49 | 185.88 | | | | Workers' Compensation 1.0 Time | 9.71 | 133.54 |
| Vision Insurance | 1.86 | 22.32 | | | | Liability Insurance | 8.72 | 117.25 |
| Suppl Life - State | 6.94 | 83.28 | | | | Medical Insurance | 381.29 | 3,693.38 |
| Suppl Life - UA | 13.65 | 160.86 | | | | Long-Term Disability - State | 4.88 | 62.39 |
| FSA - Health | 82.08 | 761.33 | | | | Dental Insurance | 2.48 | 29.76 |
| Parking Permit | 0.00 | 263.00 | | | | Basic Life Insurance - State | 0.30 | 3.90 |
| | | | | | | Suppl Life - State* | 6.75 | 81.00 |
| | | | | | | Suppl Life - UA* | 14.63 | 172.41 |
| | | | | | | FSA Employer Fee | 1.48 | 17.76 |
| **TOTAL:** | 322.71 | 4,045.76 | **TOTAL:** | 20.86 | 245.84 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,490.42 | 2,189.09 | 443.36 | 343.57 | 1,703.49 |
| YTD | 34,252.84 | 30,460.49 | 6,135.24 | 4,291.60 | 23,826.00 |

| YEAR-TO-DATE | VACATION | SICK | COMP | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 0.00 | 0.00 | 0.00 | **Account Type** | **Account Number** | **Deposit Amount** |
| + Earned | 94.78 | 51.66 | 0.00 | Advice #000000007042550 Checking | xxxxxxxx6723 | 1,703.49 |
| - Taken | 12.17 | 25.83 | 0.00 | | | |
| + Adjustments | 0.00 | 0.00 | 0.00 | | | |
| **End Balance** | 82.61 | 25.83 | 0.00 | **TOTAL:** | | 1,703.49 |

MESSAGE: